Certificate Number: 01356-WAW-DE-020587059

Bankruptcy Case Number: 13-11000


01356-WAW-DE-020587059

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2013, at 5:32 o'clock PM EDT, Cethanie Dare Kaster completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date:  March 26, 2013

By:  /s/Elana Walker for Victoria Wright

Name:  Victoria Wright

Title:  Executive Director of Education